***E-FILED - 9/8/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALAN MILLER,            )<br>              )<br>         Plaintiff,    )<br>              )<br>   vs.        )<br>              )<br>SHIRLEY G. BROOM, et al.,    )<br>              )<br>         Defendants.  )<br>_____) | No. C 09-3744 RMW (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against court reporter, Shirley G. Broom, and the Circuit Court of the Sixteenth Judicial Circuit in South Carolina. The acts complained of occurred in South Carolina and the defendant is located at Kershaw Correctional Institution, which lies within the venue of the United States District Court for the District of South Carolina.

Therefore, venue properly lies in the United States District Court for the District of South Carolina. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate all pending motions and transfer the entire file to the United States District Court for the District of South Carolina.

IT IS SO ORDERED.

DATED:  9/4/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.Rmw\CR.09\Miller744trans.wpd